IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01475-CMA-CBS

HOLLY ROMERO,

　　　　Plaintiff,

v.

JACQUELINE A. BERRIEN, Chair, Equal Employment Opportunity Commission,

　　　　Defendant.

## ORDER OF RECUSAL

　　　　This matter is before me on a review of the file. Based on my past professional and personal relationship with plaintiff's counsel, I believe that I should recuse myself. It is, therefore,

　　　　ORDERED that the Judge's file be returned to the Clerk's office for this case to be reassigned back to Judge Robert E. Blackburn. This reassignment is done with the consent of Judge Blackburn and Chief Judge Wiley Y. Daniel, pursuant to D.C.COLO.LCivR 40.1A.

　　　　DATED: March  07 , 2011

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHRISTINE M. ARGUELLO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge