## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  10-cv-01475-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   April 29, 2011** | **Courtroom Deputy:**  Linda Kahoe |

HOLLY ROMERO,                                                      Joseph Anthony Salazar

      Plaintiff,

      v.

JACQUELINE A. BERRIEN,                                     Timothy Bart Jafek

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:        12:56 p.m.**
Court calls case.  Appearances of counsel.  *Also present is Plaintiff Holly Romero.*

Discussion and arguments regarding Plaintiff's F.R.C.P. Rule 37(a)(3)(B) Motion to Compel Production of Documents, doc #[35], filed 3/29/2011.

**ORDERED:**   Plaintiff's F.R.C.P. Rule 37(a)(3)(B) Motion to Compel Production of Documents, doc #[35], is **GRANTED.**  The Defendant is required to produce the documents.

      In requiring the production of these documents, the court is not expressing any opinions as to their ultimate admissibility or relevance at trial.  Mr. Salazar may not show these documents to any individual without court permission.

     Should Mr. Salazar choose to use these documents at a deposition, the portions of the deposition transcript that reference the documents must be sealed.  Ms. Romero may not be present during that portion of a deposition where the documents are discussed or marked as exhibits.  To the extent that the documents are used as exhibits, those exhibits must be sealed.

**ORDERED:**   By **12:00 NOON on Monday, MAY 2, 2011**, Mr. Jafek shall produce the documents to Mr. Salazar, or shall notify Mr. Salazar that the Defendant intends to file an Objection and a Motion for Stay.  Any Objection shall be filed within **14 days of today's date**.  Any Motion to Stay the court's ruling must be filed by **5:00 p.m. on Monday, MAY 2, 2011.**

Discussion regarding production of documents #4 and #8.  The court advises counsel to meet and confer.

HEARING CONCLUDED.

**Court in recess**:     1:47 p.m.
Total time in court:    00:51

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.