**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-01475-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  August 8, 2011** | **Courtroom Deputy:**  Linda Kahoe |

HOLLY ROMERO,                                                    Joseph Anthony Salazar

      Plaintiff,

      v.

JACQUELINE A. BERRIEN,                                     Timothy Bart Jafek

      Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:        1:30 p.m.**
Court calls case.  Appearances of counsel.  *Also present is Plaintiff Ms. Holly Romero.*

Discussion regarding Plaintiff's F.R.C.P. Rule 37(c)(1)(C) Motion for Sanctions as a Result of Destruction of Documents, doc #[46], filed 6/1/2011.

Mr. Salazar presents arguments.

Mr. Jafek presents arguments.

Discussion regarding settlement.

Plaintiff's F.R.C.P. Rule 37(c)(1)(C) Motion for Sanctions as a Result of Destruction of Documents, doc #[46] is taken under advisement.

HEARING CONCLUDED.

**Court in recess**:        **3:17 p.m.**
Total time in court:     01:47

## POST RECESS ORDER

By Magistrate Judge Craig B. Shaffer

**ORDERED:** A Settlement Conference is set for **Wednesday, AUGUST 24, 2011 at 1:30 p.m.** Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be physically present** for the Settlement Conference. *As a matter of professional courtesy, the parties are REQUIRED to respond to a demand or offer of settlement.*

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.